# United States District Court
# Western District of North Carolina
# Asheville Division

IN RE: GRACIANO SOTO SOLIS EL.   )         JUDGMENT IN CASE
                                 )
_____   )
                                           1:22-mc-00018-MR-WCM

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 5, 2022 Order.

August 5, 2022

_____

Frank G. Johns, Clerk
United States District Court